

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 27, 2022

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **Re:   United States v. Jaquan Higgs, a/k/a "Supa," 22 Cr. 232**

Dear Judge McCarthy:

    The Government writes to respectfully request that the Court unseal the above-referenced Indictment, 22 Cr. 232, and its related arrest warrant, as I have been advised that earlier today the defendant was arrested in North Carolina.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                      By:    /s/ David R. Felton
                            Shiva H. Logarajah
                            David R. Felton
                            Courtney L. Heavey
                            Assistant United States Attorneys
                            (914) 993-1918/(212) 637-2299/-2413

SO ORDERED:

*[signature]*
_____
HONORABLE JUDITH C. McCARTHY   4-27-2022
UNITED STATES MAGISTRATE JUDGE